UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In Re Subpoena in                          )
                                           )
   UNITED STATES OF AMERICA                )
   c/o United States Attorney              )
   555 4th Street, N.W.                    )
   Washington, DC  20530                   )
                                           )
                 v.                      ) Misc. Action No.
                                           )
   KATRINA HOLLOWAY                        )
   c/o Jia Cobb, Esq.                      )
   Public Defender Service for             )
   the District of Columbia                )
   633 Indiana Avenue, N.W.                )
   Washington DC 20004                     )
                                           )
               Defendant.              )
                                           )

### NOTICE OF REMOVAL OF SUBPOENA

The United States Attorney, through the undersigned attorneys and on behalf of the Court Services and Offender Supervision Agency ("CSOSA") or ("Agency"), respectfully files this Notice Of Removal Of Subpoena pursuant to 28 U.S.C. §§ 1442(a)(1), 1446, Brown & Williamson Tobacco Corp. v. Williams, 62 F.3d 408, 412-15 (D.C. Cir. 1995) and Houston Business Journal, Inc. v. Office of the Comptroller of the Currency, 86 F.3d 1208, 1211 (D.C. Cir. 1996). In support of this notice, the Agency states as follows:

1. CSOSA has been issued a subpoena by counsel requesting the production at trial in a criminal case all documents, case files and drug test results" for two individuals. The subpoena purports to call for the documents in the Superior Court of the

District of Columbia in the matter of <u>United States</u> v. <u>Holloway</u>, Case No. 2008-CF3-8829.

2. A copy of the subpoena, redacted pursuant to Local Civ. R. 5.4(f), is attached hereto.

3. CSOSA intends to move to quash, relying on federal law, upon the removal of this action.

WHEREFORE, this action is properly removed from the Superior Court of the District of Columbia, to this Court, pursuant to 28 U.'.C. §§ 1442(a)(1), 1446; <u>Brown & Williamson Tobacco Corp.</u> v. <u>Williams</u>, <u>supra</u>; and <u>Houston Business Journal, Inc.</u> v. <u>Office of the Comptroller of the Currency</u>, <u>supra</u>. The underlying criminal case is not being removed and shall remain in Superior Court.

Respectfully submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
LAURIE J WEINSTEIN, D.C. Bar # 389511
Assistant United States Attorney
Room E4820
555 4th Street, NW
Washington, DC 20530
(202) 514-7133

*In Forma Pauperis*

# Superior Court of the District of Columbia
## CRIMINAL DIVISION
## SUBPOENA
*Duces Tecum*

UNITED STATES
~~DISTRICT OF COLUMBIA~~

vs.   Case No. 2008 CF3 8829

Katrina Holloway

To: CSOSA; 633 Indiana Ave NW Washington DC 20004
General Counsel Office or authorized designate

YOU ARE HEREBY COMMANDED:

To appear before the Criminal Division room/courtroom __311__ of the Superior Court of the District of Columbia, 500 Indiana Avenue/~~Judiciary Center, 555 Fourth Street~~, N.W., Washington, D.C. on the __22nd__ day of __July__, 20__08__, at __9:30__ (a.m.)/p.m. as a witness for __the defense__

☒ And bring with you __any and all case records, documents, and drug test results of the following persons: Gregory X. Holloway – Date of Birth 06/07/1952; and Kimberly Hodan – Date of Birth 09/22/1967.__
and do not depart from the Court without leave thereof.

WITNESS, the Honorable Chief Judge of the Superior Court of the District of Columbia, and the seal of said Court this ____ day of _____, 20____.

Officer in Charge _____   District _____

Jic Cobb
Attorney for ~~Government~~/Defendant

Clerk, Superior Court of the District of Columbia

Phone No. 202-824-2452

---

Authorization as required by D.C. Code § 14-307 and *Brown v. U.S.*, 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of subpoena for medical records.

Date _____   Judge _____

---

**RETURN ON THIS SUPBOENA IS REQUIRED ON OR BEFORE THIS DATE:**

☒ I hereby certify that I have personally served, or have executed as shown in "REMARKS," the above subpoena on the individual at the address below.

| Name and Title of Individual Served | Address (If different than shown above) |
|---|---|
| CSOSA – General Counsel | |

☐ I hereby certify that, after diligent investigation, I am unable to locate the individuals, company, corporation, etc., named in above subpoena for the reason(s) as shown in "REMARKS."

| Date(s) of Endeavor | Date and Time of Service |
|---|---|
| | 07/21/08  12:30 pm |

REMARKS

Signature of Title of Server: Janelle Witcher, Investigator

CD-1072/Jan. 00                                                    U.S. GPO: 2000-520-518/84552

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Criminal Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>c/o United States Attorney<br>555 4th Street, N.W.<br>Washington, DC 20530<br><br>v.<br><br>KATRINA HOLLOWAY<br>c/o Jia Cobb, Esq.<br>Public Defender Service for<br>the District of Columbia<br>633 Indiana Avenue, N.W.<br>Washington DC 20004<br><br>Defendant. | Case No. 2008-CF3-8829<br><br>C/T/D JULY 22, 2008 |

<u>NOTICE OF FILING OF NOTICE OF REMOVAL OF SUBPOENA</u>

PLEASE TAKE NOTE that on July 22, 2008, the United States Attorney for the District of Columbia filed with the Clerk of the United States District Court for the District of Columbia a Notice Of Removal Of Subpoena in the above captioned matter, pursuant to 28 U.S.C. §§ 1442(a)(1), 1446, <u>Brown & Williamson Tobacco Corp.</u> v. <u>Williams</u>, 62 F.3d 408, 412-15 (D.C. Cir. 1995) and <u>Houston Business Journal, Inc.</u> v. <u>Office of the Comptroller of the Currency</u>, 86 F.3d 1208, 1211 (D.C. Cir. 1996). The Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." <u>See</u> 28 U.S.C. §

1446(d). A copy of the Notice Of Removal Of Subpoena (with attachment) is attached hereto.

Respectfully submitted,

*/s/ Jeffrey A. Taylor*
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

*/s/ Rudolph Contreras*
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

*/s/*
LAURIE WEINSTEIN, D.C. Bar # 389511
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice Of Removal Of Subpoena and Notice Of filing Notice Of Removal has been made by mailing copies thereof to:

Jia Cobb, Esq.
Public Defender Service for
the District of Columbia
633 Indiana Avenue, N.W.
Washington DC 20004

AUSA Scott Sroka
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C.  20530

on this 22nd day of July, 2008.

```
                                    LAURIE WEINSTEIN
                                    Assistant United States Attorney
                                    555 4th Street, N.W. - Room E4820
                                    Civil Division
                                    Washington, D.C.  20530
                                    (202) 514-7133
```