UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE SUBPOENA TO COURT SERVICES AND OFFENDER SUPERVISION AGENCY | ) ) ) ) ) Misc. Action No. 08-mc-00477 (JDB) |

## SUGGESTION OF MOOTNESS

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, the Court Services and Offender Supervision Agency ("CSOSA" or "Agency") respectfully suggests that the subpoena issued to it by the Public Defender Service for the District of Columbia in the case of <u>United States v. Katrina Holloway</u>, Case No. 2008-CF3-8829, in the Superior Court for the District of Columbia, is moot. The information sought in the subpoena is in connection with a trial in the D.C. Superior Court which concluded on Wednesday, July 30, 2008. As required by Local Civil Rule 7(m), undersigned counsel has conferred with counsel from the Public Defender Service who issued the subpoena, Jia Cobb, who agrees that the subpoena at this point is moot. Therefore, this matter may be dismissed. A proposed order is also attached.

Dated: August 4, 2008

                                Respectfully submitted,

                                /s/
                                JEFFREY A. TAYLOR, D.C. Bar #498610
                                United States Attorney

                                /s/
                                RUDOLPH CONTRERAS, DC Bar #434122
                                Assistant United States Attorney

         /s/
LAURIE WEINSTEIN, D.C. Bar # 389511
Assistant United States Attorney
Civil Division
555 4th Street, N.W. - Room E4820
Washington, D.C.  20530
(202) 514-7133 (phone)
(202) 514-98780 (fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that service of the foregoing Suggestion of Mootness and proposed order was made on this 4th day of August, 2008 by sending a copy by first class U.S. mail, postage prepaid, marked for delivery to the following:

Jia Cobb, Esq.
Public Defender Service for the District of Columbia
633 Indiana Avenue, N.W.
Washington D.C.  20004

/s/_____
Laurie Weinstein
Assistant United States Attorney
555 4th Street, N.W. - Room E4820
Civil Division
Washington, D.C.  20530
(202) 514-7133

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                          )
IN RE SUBPOENA TO COURT SERVICES   )  Misc. Action No. 08-mc-00477 (JDB)
AND OFFENDER SUPERVISION AGENCY    )
                                                          )
_____)

ORDER

      As the parties agree that this matter is moot, it is hereby ORDERED that this action is dismissed.

Date:

                                                                _____
                                                                UNITED STATES DISTRICT COURT